RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/20/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0326 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DURAR MOHAMMED JUDEH | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Durar Mohammed Judeh, and adjudges him guilty of the offense charged in Count One of the indictment against him.

THUS DONE AND SIGNED in chambers, this 20 day of June 2013, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE